UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Irth Solutions, LLC,

        Appellant(s),

-against-                                                                                          20 Civ. 7568 (CM) (AEK)

Windstream Holdings, Inc.,

        Appellee(s),

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2021

## ORDER

McMahon, J.:

      The Court has set the following briefing schedule on this Bankruptcy appeal. Appellant's brief is due May 31, 2021; Appellees' opposition brief is due July 5, 2021; Appellant's reply brief is due July 26, 2021.

SO ORDERED:

_____
United States District Judge

Dated: April 20, 2021
New York, New York